# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159160(15)(20)(21)(22)(23)(24)(25)(27)(29)(30)(32)(33)(34)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* HOUSE OF REPRESENTATIVES
REQUEST FOR ADVISORY OPINION
REGARDING CONSTITUTIONALITY OF
2018 PA 368 & 369                                          SC: 159160
_____/

On order of the Chief Justice, the separate motions of the following entities to file briefs amicus curiae are GRANTED and their amicus briefs are accepted for filing: (1) Small Business for a Better Michigan Coalition; (2) Democrats for Life of Michigan; (3) Count MI Vote, d/b/a Voters Not Politicians; (4) Michigan Unitarian Universalist Social Justice Network, Michigan Conference–United Church of Christ, Social Justice Team, and State Employee Retirees Association; (5) Michigan One Fair Wage and Michigan Time to Care; (6) National Employment Law Project; (7) American Civil Liberties Union of Michigan, League of Women Voters of Michigan, and American Association of University Women of Michigan; (8) A Better Balance, Mothering Justice, Arab Community Center for Economic and Social Services, American Federation of Teachers Michigan, Clean Water Action, Detroit Jews for Justice, The Economic Justice Alliance of Michigan, Family Values @ Work, Metropolitan Organizing Strategy Enabling Strength, Michigan Economic Justice Action Fund, Michigan Liberation, Progress Michigan, Sexual Assault Services for Holistic Healing and Awareness Center, Southeast Michigan Jobs with Justice, and We The People Michigan; (9) Michigan State AFL-CIO, Michigan Building and Construction Trades Council, and Michigan Education Association; (10) Legal Momentum, Michigan Coalition to End Domestic and Sexual Violence, National Women's Law Center, National Organization for Women Foundation, and Michigan NOW; (11) Governor of the State of Michigan; (12) Sugar Law Center for Economic & Social Justice, Michigan Chapter of the National Lawyers Guild, Michigan Immigrant Rights Center, Farmworker Legal Services of Michigan, and The Center for Community Based Enterprise, and (13) Michigan Association for Justice.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2019



Clerk